```
PAGE    1                                                    I HEREBY CERTIFY THIS TO
OFFICIAL DRIVER RECORD                                       BE A TRUE AND CORRECT
                                                             COPY OF THE RECORD ON
                                                             FILE WITH THIS
                                                             DEPARTMENT

                                                             Susan Lowe
                                                             FINANCIAL RESPONSIBILITY
```



# STATE OF TENNESSEE

## Department of Safety and Homeland Security

```
    SPAGUE   ASHLEY   LYN                        CURRENT DATE:     03/02/2017
                                                 ID NAME:          3YR
    YOUR ADDRESS HAS BEEN                        CONTROL NO.:      L0663921024
    OMITTED FOR YOUR SECURITY
```

**PII Redacted**

```
DR LIC NO:                  BIRTH DATE:               LIC CLASS:   ID**
ORIGINAL ISSUE DATE:    ISSUE DATE: 10/12/2016    EXPIRATION DATE: 10/12/2024
PERMIT ISSUE DATE:      PERMIT EXPIRATION DATE:
EYES:  BL     HAIR:  BN     SEX:  F    RACE:  W    HEIGHT:  5FT  10IN    WEIGHT:  152
NON-CDL STATUS:  SUS     CDL STATUS:   NOT     CDLP STATUS:  null
NON-CDL ELIGIBILITY DATE:    CDL ELIGIBILITY DATE:    CDLP ELIGIBILITY DATE:
REQUESTED INFORMATION:
RESTRICTIONS:
ENDORSEMENTS:
PERMIT RESTRICTIONS:
PERMIT ENDORSEMENTS:

MED EXAM NAME:          PHONE:
MED LIC:                STATE ISSUED:
LIC ISSUE DATE:         LIC EXPIRATION DATE:
NATL REG NUM:           LIC POST DATE:
SELF CERT:      STATUS:      VARIANCE:


CONTAINS   3 YEARS ACTIVITY


    EVENT        ACTION       ACTION       LOCATION        DATE          SPEED       CASE         DOCUMENT
    DATE         DATE         CODE                         RECEIVED      MPH/ZN      NUMBER       CNTRL
                                                                                                  NUMBER
    00/00/0000   10/17/2016   SUS          Lebanon         11/01/2016    0/0                      88888124789
                                           City Court
NON-ACD WITHDRAWAL NCL SUSPENSION FROM 10/17/2016 TO INDEFINITE REINSTATED: 00/00/0000
    05/03/2016   09/01/2016   D53          Lebanon         09/17/2016    0/0         95CT12016TR  88888124788
                                           City Court                                2355
FAIL TO PAY FINE/COSTS CASE NUMBER: 148943A
    00/00/0000   10/17/2016   SUS          Lebanon         11/01/2016    0/0                      88888124788
                                           City Court
FAILURE TO PAY FINES/COSTS NCL SUSPENSION FROM 10/17/2016 TO INDEFINITE REINSTATED: 00/00/0000
    03/21/2016   07/28/2016   D53          Lebanon         08/16/2016    0/0         95CT12016TR  88888980523
                                           City Court                                1552
FAIL TO PAY FINE/COSTS CASE NUMBER: 144050A
    00/00/0000   09/15/2016   SUS          Lebanon         09/30/2016    0/0                      88888980523
                                           City Court
FAILURE TO PAY FINES/COSTS NCL SUSPENSION FROM 09/15/2016 TO INDEFINITE REINSTATED: 00/00/0000
    04/29/2015   07/01/2015   D53          Mount           08/13/2015    0/0         TR1317774    88888473398
                                           Juliet City
                                           Court
FAIL TO PAY FINE/COSTS CASE NUMBER: 201501910
    00/00/0000   09/12/2015   SUS          Mount           09/28/2015    0/0                      88888473398
                                           Juliet City
                                           Court
FAILURE TO PAY FINES/COSTS NCL SUSPENSION FROM 09/12/2015 TO INDEFINITE REINSTATED: 00/00/0000



**TENNESSEE STATE LAW REQUIRES THE DEPARTMENT OF SAFETY AND HOMELAND SECURITY TO RECORD
ALL REPORTABLE MOTOR VEHICLE ACCIDENTS.  ACCIDENT INVOLVEMENT INDICATED
ON THIS REPORT DOES NOT NECESSARILY MEAN THE INDIVIDUAL WAS AT FAULT
OR GIVEN A CITATION.**

** LAST PAGE **
```