UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FRED ROBINSON, ASHLEY SPRAGUE, )<br>And JOHNNY GIBBS, on behalf of themselves )<br>and all others similarly situated, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DAVID W. PURKEY, Commissioner of the )<br>Tennessee Department of Safety and Homeland )<br>Security, in his official capacity, *et al.*, )<br>)<br>Defendants. ) | Case No. 3:17-cv-1263<br>Judge Aleta A. Trauger |

## ORDER

For the reasons explained in the accompanying Memorandum, Fred Robinson and Ashley Sprague's Motion for Temporary Restraining Order Directing Immediate Restoration of their Driver's Licenses (Docket No. 24) is hereby GRANTED. Tennessee Department of Safety and Homeland Security ("TDSHS") Commissioner David W. Purkey is ORDERED to direct the TDSHS to reinstate Robinson's driver's license. Purkey is further ORDERED to reinstate Sprague's license if, after locating and reviewing her file, the TDSHS confirms that her driver's license has been suspended solely for nonpayment of Traffic Debt, as defined in the accompanying Memorandum. Robinson and Purkey are ORDERED to post security bond in the amount of $1,000.00 in relation to this Order.

It is further ORDERED that the defendants may depose plaintiffs Fred Robinson and Ashley Sprague by October 11, 2017, or as soon thereafter as possible. The defendants shall file a supplemental brief by October 16, 2017, and the plaintiffs shall respond by 12:00 noon on

1

October 19, 2017. A hearing on the Plaintiffs' request to convert the Temporary Restraining Order into a preliminary injunction shall be held on Friday, October 20, 2017 at 2:00 p.m.

IT IS SO ORDERED.

ENTER this 5th day of October 2017.

_____
ALETA A. TRAUGER
United States District Judge