## WAIVER

1. **Grand Jury and Trial by Jury**

    DEFENDANT, _____,
    after being fully advised of his/her rights
    by the Court, in writing waives his/her
    rights to be tried only upon indictment or
    presentment by a Grand Jury and to trial by a
    jury of peers.

    X _Fred K_____
    DEFENDANT

    _____
    JUDGE

2. **Preliminary Examination**

    DEFENDANT, _____,
    hereby expressly waives in writing his/her
    right to a preliminary hearing.

    X _____
    DEFENDANT

    _____
    JUDGE

3. **Right to Counsel**

    DEFENDANT, _____,
    after being fully advised of his/her right to
    the aid of counsel in every stage of the
    proceedings, and further having been advised
    that if necessary an attorney will be
    appointed to represent the defendant, hereby
    waives his/her right to counsel.

    _____
    DEFENDANT

    _____
    JUDGE

    DATE _____, 20 ____

    ATTORNEY — CHECK IF COURT APPOINTED ☐

    _____
    ATTORNEY

---

**2016-CR-3455-1**

### STATE OF TENNESSEE
### vs.
**Fred Robinson Jr**
DEFENDANT

CHARGE: TCA-55-50-504
Driving on Revoked

ISSUED THIS 29 DAY OF June 20 16

BY _____, CLERK
JUDGE, COMMISSIONER, CLERK, MAGISTRATE

INITIAL APPEARANCE DATE
_____, 20 ____ AT ____ AM/PM

BOND FIXED AT $ _____

SECURED BY _____

CONTINUED _____

CONTINUED _____

**RETURN OF SERVICE**

EXECUTED AS COMMANDED BY THE ARREST OF THE DEFENDANT

THE BELOW DEFENDANT(S) ARE NOT TO BE FOUND IN THIS COUNTY

DATE 6-25-16
OFFICER

---

## JUDGEMENT

Judgement that the Defendant be:

☐ Guilty

☐ Dismissed and cost taxed to the _____

☐ Fined $ ____ and cost on a plea of ____

☐ Driving privilege suspended for _____

☐ Defendant having failed to appear on the date set for trial, a forfeiture of cash bond is hereby ordered.

☑ Fined $ 50 and cost on a plea of guilty and sentenced to serve 6 months and ___ days in county jail. all suspended

☐ Bound over and held to the Grand Jury of _____ County.

Bail Bond set at $ _____

☑ Defendant having failed to appear, an AB 8/5/16 Attachment or Alias Arrest Warrant is hereby ordered.

☐ Waived preliminary hearing, bound over and held to the Grand Jury.

Bail Bond set at $ _____

☑ Conditional plea

_____
JUDGE

DATE 4/17/17, 20 ____
Cost

Fine $ _____
Cost $ _____
Total Fine & Cost $ _____


EXHIBIT E

Case 3:17-cv-01263   Document 134-5   Filed 01/18/18   Page 1 of 1 PageID #: 1810