IN THE GENERAL SESSIONS COURT OF RUTHERFORD COUNTY,
TENNESSEE 16TH JUDICIAL DISTRICT AT MURFREESBORO

STATE OF TENNESSEE ) Case #: 313861
) 313863
VS. ) 282606
)
) Fred Robinson
)

## ORDER

This cause came to be heard on the 30 day of June, 2016. The defendant having appeared in court, and considering all the proof, the court orders; The Previous Payment Plan, entered into with advice of Counsel, is Hereby modified to allow a monthly payment of $10.00 per month. The total Amount owed in these Cases is reduced to $3000.00 in toten. The basis for this decision is The severe medical issues facing the defendant and The fact That The defendant is currently only receiving income from Social Security Disability. Court allows Mr. Robinson to be eligible for Reinstatement of his Tennessee Drivers License.

This is the 30 day of June, 2016.

_____
General Sessions Judge

State of Tennessee, Rutherford County
The undersigned, Circuit Court Clerk of the said County and State, hereby certifies that the foregoing is a correct copy of the instrument filed in the foregoing case in the Circuit Court of Murfreesboro, Tennessee.
This ___ day of Nov. 20__
MELISSA HARRELL
_____
Deputy Clerk

_____
Assistant District Attorney

_____
Attorney for Defendant

_____
Prosecuting Witness/Victim

_____
Defendant

EXHIBIT 7