IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

FRED ROBINSON; ASHLEY SPRAGUE; )
JOHNNY GIBBS; and BRIANNA BOOHER, )
on behalf of themselves and all others )
similarly situated, )
)
              Plaintiffs, )
)
v. )  No. 3:17-cv-01263
)
DAVID W. PURKEY, Commissioner of the )  **JUDGE TRAUGER**
Tennessee Department of Safety and Homeland )
Security, in his official capacity; DEBBIE MOSS, )
Circuit Court Clerk of Wilson County, Tennessee, )
in her official capacity; MELISSA HARRELL, )
Circuit Court Clerk of Rutherford County, )
Tennessee, in her official capacity; COREY )
LINVILLE, Court Clerk of the Municipal Court )
of Lebanon, Tennessee, in his official capacity; )
SUSAN GASKILL, Court Clerk of the City Court )
of Mt. Juliet, Tennessee, in her official capacity; )
WILSON COUNTY, TENNESSEE; )
RUTHERFORD COUNTY, TENNESSEE; )
LEBANON, TENNESSEE; and MT. JULIET, )
TENNESSEE, )
)
              Defendants. )



EXHIBIT 1
30(b)(6)
8/14/2018
Emily L. Sipe, RPR, LCR

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that on the 14th day of August, 2018, Plaintiffs will take the deposition pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure of the Tennessee Department of Safety and Homeland Security ("TDSHS"), by a person or persons designated by TDSHS to testify on its behalf, concerning the following subjects:

1. To the extent that, notwithstanding the Court's determination that "the plaintiffs have also established their strong likelihood of success under the *Griffin* line of cases and under *Strange*" (ECF #151 at 116), Defendant Purkey intends to make factual submissions on likelihood of success in connection with the preliminary injunction hearing, the factual basis for such submissions.

2. The factual bases, if any, for any assertions by Defendant David W. Purkey or by TDSHS that any individual Plaintiff is not suffering irreparable injury by the operation of Tenn. Code Ann. § 55-50-502(a)(1)(H), (a)(1)(I) as implemented by Defendant Purkey.

3. The factual bases, if any, for any assertions by Defendant David W. Purkey or by TDSHS that any individual Plaintiff is not at risk of suffering irreparable injury by the operation of Tenn. Code Ann. § 55-50-502(a)(1)(H), (a)(1)(I) as implemented by Defendant Purkey.

4. The factual bases, if any, for any assertions by Defendant David W. Purkey or by TDSHS that the Class is not suffering irreparable injury by the operation of Tenn. Code Ann. § 55-50-502(a)(1)(H), (a)(1)(I) as implemented by Defendant Purkey.

5. The factual bases, if any, for any assertions by Defendant David W. Purkey or by TDSHS that the Class is not at risk of suffering irreparable injury by the operation of Tenn. Code Ann. § 55-50-502(a)(1)(H), (a)(1)(I) as implemented by Defendant Purkey.

6. The factual bases, if any, for any assertions by Defendant David W. Purkey or by TDSHS that the injunctive relief against Defendant Purkey requested in Plaintiffs' Motion for Preliminary Injunction (ECF #25, first and fifth main bullets) would cause significant harm to others.

7. The factual bases, if any, for any assertions by Defendant David W. Purkey or by TDSHS that the injunctive relief against Defendant Purkey requested in

Plaintiffs' Motion for Preliminary Injunction (ECF #25, first and fifth main bullets) would be against the public interest.

The deposition will take place at the offices of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, 211 Commerce Street, Suite 800, Nashville, Tennessee 37201, at 9:00 AM on the date set forth above and will continue from day to day until concluded. A subpoena will issue to compel attendance of TDSHS unless such attendance is consented to.

You are invited to attend and cross examine.

/s/ Matthew G. White
Jonathan Cole (TN #16632)
Matthew G. White (TN #30857)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
First Tennessee Bank Building
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
901-577-8182
jcole@bakerdonelson.com
mwhite@bakerdonelson.com

/s/ Claudia Wilner
Claudia Wilner (NY #4264156)*
Edward P. Krugman (NY #1665892)*
NATIONAL CENTER FOR LAW AND
ECONOMIC JUSTICE
275 Seventh Avenue, Suite 1506
New York, NY 10001
212-633-6967
wilner@nclej.org
krugman@nclej.org
lau@nclej.org

/s/ Tara Mikkilineni
Tara Mikkilineni (DC #997284)**
Jonas Wang (DC #1531749)*
Eric Halperin (DC # 491199)**
CIVIL RIGHTS CORPS
910 17th Street NW, Suite 200 Washington, DC
20006 202-670-4809
tara@civilrightscorps.org
jonas@civilrightscorps.org
eric@civilrightscorps.org

3

/s/ Josh Spickler
Josh Spickler (TN #21019)*
JUST CITY
902 South Cooper Street
Memphis, TN 38104
901-206-2226
josh@justcity.org
\*   Pro hac vice
\*\* Pro hac vice application forthcoming

4

Case 3:17-cv-01263   Document 213-6   Filed 09/07/18   Page 4 of 5 PageID #: 3689

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of July, 2018, I served the foregoing Notice of Deposition on

Andrew B. Campbell
Assistant Attorney General
Public Interest Division
P.O. Box 20207
Nashville, TN 37202
*Counsel for Purkey*

Sara E. Ohlman
Assistant Attorney General
Civil Rights and Claims Division
P.O. Box 20207
Nashville, TN 37202
*Counsel for Purkey*

Scott C. Sutherland
Deputy Attorney General
Law Enforcement & Special Prosecutions Division
P.O. Box 20207
Nashville, TN 37202
*Counsel for Purkey*

Kristin Ellis Berexa
Mark Ennis McGrady
Farrar & Bates
211 Seventh Ave., North
Suite 500
Nashville, TN 37219
*Counsel for Mt. Juliet, Gaskill, Wilson County, Moss, Lebanon, and Linville*

Edward Evan Cope
Josh A. McCreary
Cope, Hudson, Reed & McCreary, PLLC
16 Public Square, North
P.O. Box 884
Murfreesboro, TN 37133
*Counsel for Rutherford County, Harrell*

Michael Ray Jennings
326 N Cumberland Street
Lebanon, TN 37087
*Counsel for Wilson County, Moss*

Louis Gino Marchetti, Jr.
Charles S. Michels
Taylor, Pigue, Marchetti & Blair, PLLC
2908 Poston Avenue
Nashville, TN 37203
*Counsel for Mt. Juliet*

Phillip Andrew Wright, Jr.
City of Lebanon
200 Castle Heights Avenue, North
Lebanon, TN 37087
*Counsel for Lebanon, Linville*

by filing a true and correct copy of each of them with the Court using the CM/ECF system, which caused notice to be sent notice to all counsel of record who are registered with the CM/ECF system.

/s/ Matthew G. White
Matthew G. White

5

Case 3:17-cv-01263   Document 213-6   Filed 09/07/18   Page 5 of 5 PageID #: 3690