IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

FRED ROBINSON; ASHLEY SPRAGUE, and )
JOHNNY GIBBS, on behalf of themselves )
and all others similarly situated, )
) Case No. 3:17-cv-01263
Plaintiffs, ) **JUDGE TRAUGER**
)
v. )
)
DAVID W. PURKEY, Commissioner of the )
Tennessee Department of Safety and )
Homeland Security, in his official capacity, *et al.*, )
)
Defendants. )

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.01(g), Plaintiffs Fred Robinson, Ashley Sprague, and Johnny Gibbs and the Class, by and through counsel, respectfully move the Court to allow Jonas Wang to withdraw as counsel of record in this action. Jonas Wang is leaving Civil Rights Corps and will take a position as a law clerk in the Southern District of New York.

Respectfully Submitted,

*Counsel for Plaintiffs and the Class:*

/s/ Matthew G. White
Jonathan Cole (TN #16632)
Matthew G. White (TN #30857)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
First Tennessee Bank Building
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
901-577-8182
jcole@bakerdonelson.com
mwhite@bakerdonelson.com

/s/ Claudia Wilner
Claudia Wilner (NY #4264156)*
Edward P. Krugman (NY #1665892)*
NATIONAL CENTER FOR LAW AND
ECONOMIC JUSTICE
275 Seventh Avenue, Suite 1506
New York, NY 10001
212-633-6967
wilner@nclej.org
krugman@nclej.org

/s/ Tara Mikkilineni
Tara Mikkilineni (DC #997284)*
Jonas Wang (DC #1531749)*
Premal Dharia (DC #434091)*
CIVIL RIGHTS CORPS
910 17th Street NW, Suite 200 Washington, DC
20006 202-670-4809
tara@civilrightscorps.org
jonas@civilrightscorps.org
eric@civilrightscorps.org

/s/ Josh Spickler
Josh Spickler (TN #21019)*
JUST CITY
902 South Cooper Street
Memphis, TN 38104
901-206-2226
josh@justcity.org
\*   Pro hac vice

# CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June, 2019, I served the foregoing Motion to Withdraw as Counsel on

Andrew B. Campbell
Assistant Attorney General
Public Interest Division
P.O. Box 20207
Nashville, TN 37202
*Counsel for Purkey*

Sara E. Ohlman
Assistant Attorney General
Civil Rights and Claims Division
P.O. Box 20207
Nashville, TN 37202
*Counsel for Purkey*

Scott C. Sutherland
Deputy Attorney General
Law Enforcement & Special Prosecutions Division
P.O. Box 20207
Nashville, TN 37202
*Counsel for Purkey*

Kristin Ellis Berexa
Mark Ennis McGrady
Farrar & Bates
211 Seventh Ave., North
Suite 500
Nashville, TN 37219
*Counsel for Mt. Juliet, Gaskill, Wilson County, Moss, Lebanon, and Chambers*

Edward Evan Cope
Josh A. McCreary
Cope, Hudson, Reed & McCreary, PLLC
16 Public Square, North
P.O. Box 884
Murfreesboro, TN 37133
*Counsel for Rutherford County, Harrell*

Michael Ray Jennings
326 N Cumberland Street
Lebanon, TN 37087
*Counsel for Wilson County, Moss*

Louis Gino Marchetti, Jr.
Charles S. Michels
Taylor, Pigue, Marchetti & Blair, PLLC
2908 Poston Avenue
Nashville, TN 37203
*Counsel for Mt. Juliet*

Phillip Andrew Wright, Jr.
City of Lebanon
200 Castle Heights Avenue, North
Lebanon, TN 37087
*Counsel for Lebanon, Chambers*

by filing a true and correct copy of it with the Court using the CM/ECF system, which caused notice to be sent notice to all counsel of record who are registered with the CM/ECF system.

/s/ Jonas Wang
Jonas Wang

Case 3:17-cv-01263   Document 240   Filed 06/17/19   Page 3 of 3 PageID #: 4268